IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS ANDERSON,

    Plaintiff,

v.

JOHN DOE #1 AND #2, et al

    Defendants.

ORDER

Case No.  21-cv-769-jdp

    Plaintiff Marcus Anderson, an inmate in the custody of the Monroe County Jail, has filed a proposed civil complaint.  Plaintiff is an inmate and, therefore, subject to the 1996 Prisoner Litigation Reform Act.  Plaintiff has requested leave to proceed without prepayment of the filing fee, and submitted several uncertified monthly inmate transaction statements to support this request.  These statements are insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a *certified* copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than December 27, 2021.  If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

1

ORDER

IT IS ORDERED that plaintiff Marcus Anderson may have until December 27, 2021 to submit a certified trust fund account statement for the period beginning approximately June 6, 2021 and ending approximately December 6, 2021. If, by December 27, 2021, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 6th day of December, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge